IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CYNTHIA JOHNSON | ) | |
| d/b/a The Little Surf Shack | ) | |
| | ) | Plaintiff, |
| | ) | |
| v. | ) | Civil Action No.:1:18-cv-689-LMB-TCB |
| | ) | |
| ASHLY E. SANDS, | ) | |
| AND | ) | |
| WOWWEE USA, INC., | ) | |
| AND | ) | |
| INCOPRO, INC. | ) | Defendants. |

## **RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

COME NOW the Defendant WowWee USA, Inc., (hereinafter "WowWee") by counsel, and for its Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, state as follows:

1. The Plaintiff's Amended Complaint attempts to assert three causes of action against three defendants. These causes of actions include defamation *per se*, defamation and tortious interference with a business relationship.

2. The Plaintiff fails to allege any valid cause of action against WowWee under Virginia law. Specifically, the plaintiff has failed to allege that WowWee made any defamatory statement and has failed to allege what the specific statement was.

3. WowWee incorporates the argument in its Memorandum of Fact and Law in Support of this Motion, which is filed contemporaneously with this motion.

WHEREFORE, WowWee, by counsel, respectfully requests that this honorable court grant this motion and dismiss this matter with prejudice and for such other relief as justice may require. If this Motion is denied WowWee requests a trial by jury.

TRIAL BY JURY IS DEMANDED

                                                  WOWWEE USA, INC.,

                                                  By Counsel

_____/s/_____, p.d.
Wm. Tyler Shands, Esquire
VSB# 25997
Email: wtshands@carterandshands.com
Carter T. Keeney, Esquire
VSB# 82275
Email: ckeeney@carterandshands.com
Carter & Shands, P.C.
9030 Stony Point Parkway, Suite 530
Richmond, VA 23235
Telephone:    (804) 747-7470
Facsimile:    (804) 747-7977
*Counsel for WowWee USA, Inc.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 21st day of December, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Lance G. Johnson, Esquire
VSB # 27929
Johnson Legal, PLLC
12545 White Drive
Fairfax, Virginia 22030
Telephone: (202) 445-2000
Facsimile: (888) 492-1303
*Counsel for Plaintiff*

                                                                                                 _____/s/_____, p.d.
Wm. Tyler Shands, Esquire
VSB# 25997
Email: wtshands@carterandshands.com
Carter T. Keeney, Esquire
VSB# 82275
Email: ckeeney@carterandshands.com
Carter & Shands, P.C.
9030 Stony Point Parkway, Suite 530
Richmond, VA 23235
Telephone:   (804) 747-7470
Facsimile:   (804) 747-7977
*Counsel for WowWee USA, Inc.*